# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160034(58)(61)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN RICK MANNING,
      Defendant-Appellant.

_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the separate motions of Henry Lee Hurt-El and Joseph Bazzetta to file briefs amicus curiae and to waive the filing fees are GRANTED. The amicus briefs submitted by those individuals on April 10, 2020, and April 13, 2020, respectively, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk